

ORIGINAL

FILED

05/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0054

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0054

THE MARY ELLEN DUKE TRUST, dated
March 13, 1997, MILLARD COX, MINA COX,
and TROUT CREEK RANCH,

      Plaintiffs and Appellees.

v.

LEE LOU, LLC, a Montana limited liability
company,

      Defendant and Appellant.

FILED

MAY 2 3 2023

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Appellees The Mary Ellen Duke Trust, dated March 13, 1997, Millard Cox, Mina Cox, and Trout Creek Ranch (collectively "Trout Creek Ranch") have moved to dismiss this appeal, arguing that Appellant Lee Lou, LLC ("Lee Lou"), is attempting to appeal from an order granting partial summary judgment, which is not appealable as provided by M. R. App. P. 6(5)(b). Trout Creek Ranch alleges that the District Court has not disposed of all of the claims raised by Lee Lou in its counterclaim and therefore this matter is not ripe for appeal.

Lee Lou opposes Trout Creek Ranch's motion and alleges that it has appealed from an order granting summary judgment that is a final judgment, as the District Court granted summary judgment to Trout Creek Ranch and thereby disposed of all the remaining claims and causes of action in the underlying litigation.

The underlying litigation is a quiet title and declaratory judgment action concerning an easement that affects real property owned by the parties. At issue in this appeal is the December 30, 2022 Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant/Counterclaimant's Motion for Partial Summary Judgment, for which

the court accordingly entered judgment. As Lee Lou explains in its response to Trout Creek Ranch's motion to dismiss, although Trout Creek Ranch's Complaint to Quiet Title set forth a claim that combined both a claim to quiet title and a claim for declaratory judgment, Lee Lou in its Verified Counterclaim and Third-Party Complaint to Quiet Title broke out these two claims as two separate counts but in so doing, Lee Lou did not intend to plead any claims unrelated to those set forth in Trout Creek Ranch's Complaint.

Lee Lou asserts unequivocally that the relief granted to Trout Creek Ranch in the District Court's Order disposed of all of Lee Lou's remaining claims. We have examined the record in this matter to the extent necessary to resolve this motion to dismiss, and we conclude that the December 30, 2022 Order Granting Plaintiffs' Motion for Summary Judgment and Denying Defendant/Counterclaimant's Motion for Partial Summary Judgment disposed of all claims in the underlying litigation and is therefore properly before this Court on appeal.

IT IS THEREFORE ORDERED that the motion to dismiss is DENIED.

The Clerk is directed to provide a copy of this Order to all parties of record.

DATED this 23ʳᵈ day of May 2023.

_____
Chief Justice

_____

_____

_____

_____
Justices

2